In re: 2747 Camelback, LLC v. Paul Barnes, et al.
Case No. 16-31846-hdh-11
Adv. No. 16-3065-hdh

## SUMMONS SERVICE EXECUTED

I,  Thomas Berghman          of**  Munsch Hardt Kopf & Harr, P.C.     certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 16th day of May, 2016 I served a copy of the within summons attached hereto, together with the complaint filed in this proceeding, the scheduling order, and Notice to Litigants on:

**James Jenkins, or Current Owner**

the defendant in this proceeding, by

**U.S. First Class Mail, Postage Prepaid**

To the said defendant at:

**James Jenkins, or Current Owner
2617 E. Pierson St.
Phoenix, AZ 85016**

I certify under penalty of perjury that the foregoing is true and correct.

Executed on   May 25, 2016              */s/* Thomas Berghman
                                                     Thomas D. Berghman, Esq.

** 500 N. Akard Street, Suite 3800, Dallas, Texas 75201
     *State mailing address*

MHDocs 6974084_1 16269.1

BTXN 117a (rev. 10/02)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS

|  |  |  |
|---|---|---|
| In Re:<br>2747 Camelback, LLC |  § <br> § <br> § | Case No.:   16−31846−hdh11 |
|  Debtor(s) | § <br> § | Chapter No.:   11 |
| 2747 Camelback, LLC |  § <br> § |  |
|  Plaintiff(s) | § <br> § | Adversary No.:   16−03065−hdh |
|  vs. <br> Paul Barnes, et al. | § <br> § |  |
|  Defendant(s) | § <br> § <br> § <br> § <br> § <br> § |  |

# SUMMONS IN AN ADVERSARY PROCEEDING

To the above−named defendant:  James Jenkins, or Current Owner

You are hereby summoned and required to serve upon **Davor Rukavina**, Plaintiff's attorney (or if Plaintiff is not represented by counsel, upon Plaintiff), whose address is **Munsch, Hardt, Kopf & Harr**
**500 N. Akard Street, Ste 3800**
**Dallas, TX 75201−6659** , either a motion or an answer to the complaint which is now served upon you. If you elect to respond first by motion, as you may pursuant to Fed. R. Bankr. P. 7012, that governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney (or upon Plaintiff if Plaintiff is not represented by counsel) within 30 days of the date of issuance of this summons by the clerk (or by the following date prescribed by the court: N/A) except that the United States or an office or agency thereof shall serve an answer to the complaint within 35 days after the date of issuance of the summons.

*{If this summons and complaint is served in a foreign country}* Service of your answer must be made by the following date prescribed by the court N/A.

The motion or answer served by you must be filed with this court before service or within a reasonable time after service. **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

DATED: 5/10/16

FOR THE COURT:
Jed G. Weintraub, Clerk of Court

by: /s/J. Bergreen, Deputy Clerk

